

*Katharine Thomas Batista, Esquire*
*267-338-1319 (Direct Dial)*
*267-338-1335 (Facsimile)*
kbatista@offitkurman.com

January 26, 2021

**Via ECF**
Joseph A. Torregrossa, Chief Circuit Mediator
United States Court of Appeals
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:   *American Neighborhood Mortgage Acceptance Company LLC d/b/a AnnieMac Home Mortgage v. Cross Country Mortgage, Inc. et al.,* **No. 20-3324**

Dear Mr. Torregrossa:

    I represent the Plaintiff-Appellee in the above matter and am writing in follow up to my recent request for an extension of the time to submit mediation statements. Unfortunately, I've had a death in my family and will be out of work for the remainder of the week. Accordingly, I am requesting an additional week, until February 5, 2021, to file Appellee's Mediation Statement.

    Thank you for your attention in this matter.

Respectfully Submitted,

*[signature]*

Katharine Thomas Batista

cc:    All Counsel of Record (via ECF)

4843-7295-2793, v. 1